# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Jane Doe, | Civil No. 0:24-cv-2300 (DWF/DLM) |
| Plaintiff, | |
| vs. | **DEFENDANT CARLETON COLLEGE'S MOTION TO DISMISS** |
| Carleton College, | |
| Defendant. | |

Defendant Carleton College hereby moves the United States District Court, District of Minnesota, for an order dismissing Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(6).

This motion is based upon Plaintiff's Complaint, the documents necessarily embraced by the Complaint, Defendant's Memorandum of Law in Support of this motion, its supporting documents, as well as any additional materials or argument to be presented at or before the hearing, and all of the files, records, and proceedings herein.

SOMERMEYER SULLIVAN PLLC

Dated: August 19, 2024    <u>*s/ Sean R. Somermeyer*</u>
Sean R. Somermeyer #391544
 *ssomermeyer@somsull.com*
Timothy M. Sullivan #391528
 *tsullivan@somsull.com*
3900 Capella Tower
225 South Sixth Street
Minneapolis, MN 55402
(612) 643-3486

*Attorneys for Defendant Carleton College*