UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jane Doe,<br><br>    Plaintiff,<br><br>vs.<br><br>Carleton College,<br><br>    Defendant. | Civil No. 0:24-cv-2300 (DWF/DLM)<br><br>**DECLARATION OF SEAN R. SOMERMEYER IN SUPPORT OF DEFENDANT CARLETON COLLEGE'S MOTION TO DISMISS** |

I, Sean Somermeyer, hereby declare as follows:

1. I am an attorney of record in this case, representing Defendant Carleton College.

2. I make this declaration in support of Defendant's Motion to Dismiss. I have personal knowledge of the matters stated herein.

3. Jane Doe's identity is known to Carleton. The name and identifying information of Jane Doe has been redacted from the exhibits to my declaration.

4. Attached as **Exhibit 1** is a true and correct copy of Jane Doe's Carleton College academic transcript. Exhibit 1 is referenced in Complaint ¶¶ 290, 292-296, and 298.

5. Attached as **Exhibit 2** is a true and correct copy of Carleton College's Policy Against Sexual Misconduct, in effect from September 2021 through October 2022. Exhibit 2 is referenced in Complaint ¶ 205.

6. Attached as **Exhibit 3** is a true and correct copy of a Community Concern Form filed by Carleton Dean Trey Williams on February 13, 2022. Exhibit 3 is paraphrased in Complaint ¶ 182.

7. Attached as **Exhibit 4** is a true and correct copy of an email dated March 2, 2022, from Judith Howard to Laura Riehle-Merrill with subject line "question." Exhibit 4 is quoted in Complaint ¶ 198.

8. Attached as **Exhibit 5** is a true and correct copy of an email dated April 13, 2022, from the Registrar's Office to Jane Doe with subject line "Important Letter from the ASC" attaching a letter dated April 12, 2022, from the Interim Registrar on behalf of the Academic Standing Committee to Jane Doe. Exhibit 5 is quoted in Complaint ¶ 208.

This concludes my declaration, which consists of two (2) typewritten pages and Exhibits 1-5.

Dated: August 19, 2024                    *s/ Sean Somermeyer*
                                          Sean Somermeyer