## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Jane Doe, | No. 24-cv-2300 (DWF/DLM) |
| Plaintiff, | |
| v. | **ORDER TO PROCEED UNDER A PSEUDONYM** |
| Carleton College, | |
| Defendant. | |

The matter is before the Court on the parties' Stipulation to Proceed Under a Pseudonym (Doc. 22). Having reviewed the same, the Court finds that Plaintiff's interest in preserving her privacy through the use a pseudonym outweighs the public's interest in ascertaining her true identity. Therefore, IT IS HEREBY ORDERED that:

1. Plaintiff shall be permitted to proceed in this case under pseudonym Jane Doe, and all documents filed with the Court shall refer to Plaintiff using this pseudonym.

2. The parties and their counsel shall take all necessary steps to ensure that Plaintiff's identity is kept confidential from the public throughout the course of litigation, including redacting any documents that contain Plaintiff's identifying information and ensuring that any such documents are filed under seal.

DATED: September 11, 2024

                                                                    *s/Douglas L. Micko*
                                                                      DOUGLAS L. MICKO
                                                                      United States Magistrate Judge