IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Jane Doe, | Case No. 24-cv-02300 (DWF/SGE) |
| Plaintiff, | |
| v. | **PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT** |
| Carleton College, | |
| Defendant. | |

Plaintiffs hereby move this Court for leave to file a Second Amended Complaint in accordance with Federal Rules of Civil Procedure 15 and 16. This motion is based upon all the supporting documents filed herewith, including the Declaration of Tamara N. Holder and the exhibits thereto, the memorandum of law, and all other pleadings and records on file in this case.

| | |
|---|---|
| Date: June 1, 2025 | **THE LAW FIRM OF TAMARA N. HOLDER** |

/s/ *Tamara N. Holder*
Tamara N. Holder, #6284888
(*pro hac vice*)
Alexis Pavlatos, #6330270
(*pro hac vice*)
917 West Washington Blvd., Suite 222
Chicago, IL 60607
Phone: 312.440.9000
tamara@tamaraholder.com
alexis@tamaraholder.com

**STORMS DWORAK**

/s/ *Paul C. Dworak*
Paul C. Dworak, #391070
Naomi E. H. Martin, #0402332
222 South 9th Street, Suite 470
Minneapolis, MN 55402
Phone: 612.455.7056
Fax: 612.455.7051
paul@stormsdworak.com
naomi@stormsdworak.com