UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jane Doe,<br><br>        Plaintiff,<br><br>vs.<br><br>Carleton College,<br><br>        Defendant. | Civil No. 0:24-cv-2300 (DWF/SGE)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES** |

Upon consideration of the Parties' Joint Motion to Extend Deadlines (the "Motion"), and for good cause shown, **IT IS HEREBY ORDERED** that:

1. The Motion (Dkt. 69) is **GRANTED**.

2. All remaining deadlines set forth in the Court's Pretrial Scheduling Order (ECF No. 31) are extended as follows:

    a. The deadline for completion of expert discovery, including depositions, is **February 23, 2026**.

    b. The deadline for filing and serving all non-dispositive motions and supporting documents that relate to expert discovery is **March 6, 2026**.

    c. The deadline for filing, serving, and scheduling all dispositive motions is **April 22, 2026**.

    d. The case will be ready for a jury trial on or about **October 12, 2026**.

3. All other provisions of the Pretrial Scheduling Order remain in full force and effect.

IT IS SO ORDERED.

Dated: January 15, 2026                     *s/Shannon G. Elkins*
                                            SHANNON G. ELKINS
                                            U. S. Magistrate Judge